NO. 2014-28541

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT CLERK |
| THE MARRIAGE OF | § | |
| | § | |
| JACQUELINE P. LEIJA | § | |
| AND | § | 257TH JUDICIAL DISTRICT |
| MOISES LEIJA | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| DEYANIRA LEIJA AND VANESSA Y. | § | HARRIS COUNTY, TEXAS |
| LEIJA, CHILDREN | § | |

### RESPONDENT'S NOTICE OF RESTRICTED APPEAL

This Notice of Appeal is filed by Moises Leija, Respondent, files this Notice of Restricted Appeal pursuant to Rule 26 of the Texas Rules of Appellate Procedure and Section 109.002 of the Texas Family Code and shows as follows:

1.   The trial court is the 257th District Court of Harris County, Texas. The trial court's cause number is 2014-28541. The style of the cause in the court is In the Matter of the Marriage of the Jacqueline P. Leija and Moises Leija and in the Interest of Deyanira Leija and Vanessa Y. Leija.

2.   The judgment or order appealed from was signed on November 14, 2014.

3.   Moises Leija desires to appeal from all portions of the judgment.

4.   This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.   This notice is being filed by John Parkey, Attorney for Moises Leija.

6.   This is a restricted appeal, and:

The names and addresses of each party to the trial court's judgment are:

Jacqueline P. Leija, Petitioner
7919 Anza Circle
Houston, TX 77012

Moises Leija, Respondent
c/o Law Office of Arnold Lopez
4617 Bristol St.
Houston, TX 77009

7.     Appellant is a party affected by the trial court's judgment who did not participate either in person or through counsel in the hearing resulting in the judgment being appealed.

8.     Appellant did not timely file either a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal.

Respectfully submitted,

LAW OFFICES OF ARNOLD R. LOPEZ & ASSOC., PLLC
4617 Bristol St.
Houston, TX 77009
Tel: (713) 695-2000
Fax: (713) 695-8057

By: _____
John Parkey
State Bar No. 24060388
john.parkey@gmail.com
Attorney for Moises Leija

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel on May 13, 2015 as follows:

Soledad R. Vaquerano
Israel Saldivar, JR

Vaquerano Law Firm P.C.    CMRRR #7013 2250 0000 1393 8079
704 Pasadena Blvd.
Pasadena, Texas 77506
Attorneys for Jacqueline P. Leija

and that a copy of the above Notice of Restricted Appeal has been sent by certified mail return receipt requested to the following appellate court clerks on May 13, 2015.

Christopher A. Prine    CMRRR #7013 2250 0000 1393 8154
Clerk of Court
First Court of Appeals
301 Fannin St.
Houston, Texas 77002

Clerk of Court    CMRRR #7013 2250 0000 1393 8147
Fourteenth Court of Appeals
301 Fannin St., Room 245
Houston, Texas 77002

John Parkey
Attorney for Respondent